UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JPMORGAN CHASE BANK, N.A.

      Plaintiff(s),

Case No. 08-13845

v.

Judge AVERN COHN

LARRY J. WINGET & THE LARRY J. WINGET LIVING TRUST

Magistrate Judge MICHAEL J. HLUCHANIUK

      Defendant(s).
_____/

# STATEMENT OF DISCLOSURE
# OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,   JPMORGAN CHASE BANK, N.A.
                                                                     [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]      No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: JPMORGAN CHASE & CO.
   Relationship with Named Party: PARENT

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]      No [X]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: September 8, 2008

Signature: */s/ William J. [signature]*
P36922
Bar No.
500 Woodward Ave., Suite 4000
Street Address
Detroit, MI   48226
City, State, Zip Code
(313) 223-3500
Telephone Number
wburgess@dickinsonwright.com
Primary Email Address