## **LIST OF EXHIBITS**

Internal Apollo Management, LP Memorandum (Confidential)
    Submitted for *in camera* review ................................................................... Exhibit 1

Rough DepositionTranscript Excerpts of Damian Giangiacomo ....................... Exhibit 2

Babcock Deposition Transcript Excerpts ............................................................ Exhibit 3

Credit Approval Summary.................................................................................. Exhibit 4

Bradley Deposition Transcript Excerpts............................................................. Exhibit 5