# EXHIBIT 1

Internal Apollo Management, LP Memorandum (Confidential)
Submitted for *in camera* review