# EXHIBIT 4

Credit Approval Summary

## CREDIT APPROVAL SUMMARY

**Obligor Name:** Venture Holdings, LLC　　　　**Date:** June 1, 2004
**Obligor Number:**　　　　　　　　　　　　　**ACE:** $5,083,000
**Relationship Name:** Venture　　　　　　　　**Customer Since:** 1999
**Location:** Fraser Michigan　　　　　　　　　**Risk Rating:** 19
**Business:** Plastic / Resin Auto Parts Manufacturer

**Action Requested:**
　　Approve Venture Holdings Company, LLC Plan of Reorganization and Bank One's Vote accepting the Plan for our Class 2 and Class 3 claims.

**Background:**
Bank One in conjunction with the pre-petition steering committee has reached agreement with Venture's Official Committee of Unsecured Creditors on a settlement term sheet that outlines the allocation and treatment of proceeds to creditors assuming confirmation of the pending plan of reorganization (POR). Under the POR, the senior lenders will receive cash and securities including senior secured, junior secured, and preferred stock totaling the face amount of the pre-petition debt. The unsecured creditors will receive the Winget actions, avoidance actions, and the creditor's warrant. Mr. Winget will receive the common equity in the restructured Venture, subject to reallocation of that equity to unsecured creditors based upon the valuation of the creditor's warrant. Mr. Winget's equity is reinstated in return for his contribution of the affiliates assets. He will share corporate governance with the senior lenders and receive a two-year option to redeem the senior lender's preferred stock. Following the two-year period, if the stock is not redeemed, the senior lenders would have the ability to take control of the board and initiate a liquidity event to monetize the senior lender securities.

Under the settlement Term Sheet with the unsecured creditors a side deal regarding the allocation of proceeds and other agreements is implemented that will drive the economic recovery for the lenders notwithstanding the terms of the filed plan. That Term Sheet includes the following:
- A Senior Lender Trust will be created to hold the Senior Lender Securities granted to the pre-petition bank group under the plan
- A Creditor's Trust will be created to hold the actions and the Creditor's Warrant granted to the unsecured creditors under the plan
- The pre-petition lenders will use accrued but unpaid interest (to be paid at exit) in the amount of $7.5MM to loan to the Creditor's Trust to fund litigation expenses.
- All cash proceeds realized by either trust will be used to 1) pay trust fees 2) repay the litigation loan 3) pay distributions to the senior lenders until the senior lenders have received $400MM in addition to repayment of the litigation loan, plus interest at Libor plus 3%.
- After the senior lenders receive the amounts described above, all additional proceeds will be split one third to the senior lenders and two thirds to the unsecured creditors.
- The senior lenders will agree not to cause certain actions for a three-year period from the effective date. Those actions include a sale, merger, consolidation,

AGT-JPHC-0074901

refinancing of the senior securities, or enforcement of liens (unless the exit lender enforces it's rights). At the option of the pre-petition lenders, refinancing of the senior securities could occur if certain make whole payments are made to the unsecured creditors. This three year period will not affect the two –year option to redeem the preferred stock that is granted to Mr. Winget under the POR.

**Issues:**
- The POR is important to overall value as under the Contribution Agreement signed by Mr. Winget in September 2003, he agreed to contribute all of his affiliated assets to the reorganized Venture in conjunction with the POR. The full value of his South African and Australian Companies valued at a minimum of $150MM are included in the proposed contribution. Currently, the senior lenders only hold a collection guaranty limited to $50MM that is secured with a pledge of the majority of the stock in the holding companies that own these foreign assets. The plan of reorganization will allow the pre-petition bank group to benefit from the additional value of the full contribution of these assets.
- The economics of the pre-petition banks group's recovery is driven by the terms of the settlement with the unsecured creditors rather than the terms of the POR. The terms of that settlement were previously approved on May 21, 2004. Under the agreement, the banks will receive the first $400MM in value realized by the Lenders Trust and / or the Creditor's Trust. In the event more than $400MM is realized, the banks would receive 1/3 of any additional amounts. The settlement was required to gain the support of the unsecured creditors in a timeframe that would allow a conformation hearing prior to the June 30, 2004 expiration date of the Contribution Agreement. Without the support of the unsecured creditors, we believe that the plan could not have been confirmed prior to the expiration date.
- Black Diamond has committed to a two-year and eleven month $125MM Exit Financing Package in conjunction with the POR. This should be adequate to meet Venture's post emergence liquidity needs.
- The settlement requires the senior lenders to wait up to three years before we can trigger a sale or create a liquidity event. The unsecured creditors required this as part of the settlement in the hope that additional value would be created for them during this time. This waiting period may be mitigated by the expectation that shares of the senior lender trust will trade on the secondary market and provide liquidity to those who would prefer not to wait. The price of these shares should exceed the current trading price of the pre-petition debt as any uncertainty regarding the enforceability of the Contribution Agreement will be eliminated upon confirmation of the POR.
- We will continue to pursue additional liquidity through a Youcaipa transaction or other potential transaction that could be implemented in conjunction with confirmation of the POR.

AGT-JPHC-0074902