# EXHIBIT 5

Bradley Deposition Transcript Excerpts

```
00001
 1         IN THE DISTRICT COURT OF THE UNITED STATES
 2           FOR THE EASTERN DISTRICT OF MICHIGAN
 3                   SOUTHERN DIVISION
 4
 5  JPMORGAN CHASE BANK, N.A.,
 6       Plaintiff/
 7       Counter-Defendant,
 8  vs.              Civil Action
 9                   No. 2:08-cv-13845
10                   Hon. Avern Cohn
11                   Magistrate: Michael J. Hluchaniuk
12  LARRY J. WINGET and the LARRY J.
13  WINGET LIVING TRUST,,
14       Defendants/
15       Counter-Plaintiffs.
16  _____/
17  PAGE 001 TO 161
18
19       The Deposition of TIMOTHY BRADLEY,
20       Taken at 38525 Woodward Avenue, Suite 2000,
21       Bloomfield Hills, Michigan,
22       Commencing at 10:07 a.m.,
23       Tuesday, July 27, 2010,
24       Before Gay Ann Nosek, CSR 2515.
```

00006
1  Bloomfield Hills, Michigan
2  Tuesday, July 27, 2010
3  10:07 a.m.
4          TIMOTHY BRADLEY,
5  having first been duly sworn, was examined and testified
6  on his oath as follows:
7          MR. WASHBURN:  Good morning, sir.
8          THE WITNESS:  Good morning.
9  EXAMINATION BY MR. WASHBURN:
10 Q.  Please state your name, for the record.
11 A.  It's Timothy Michael Bradley.
12 Q.  And what is your current business address?
13 A.  42400 Merrill Road, Sterling Heights, Michigan.
14 Q.  And your current occupation?
15 A.  I am an executive with Venture Sales and Engineering and
16    related companies corporate counsel.
17 Q.  This is a deposition conducted pursuant to the Federal
18    Rules of Civil Procedure.  My name is Mel Washburn with
19    the firm of Sidley Austin.  I represent the plaintiff in
20    this action, JPMorgan Chase, acting as Agent for certain
21    Senior Lenders to Venture Holdings Company, LLC under a
22    Credit Agreement May 27, 1999, as amended from time to
23    time thereafter.
24        During the deposition I will refer to Venture

00007
1    Holding Company, LLC as Venture usually.  Because there
2    are a number of Ventures in the case it may from time to
3    time become necessary to identify each.  I will refer to
4    my client Chase, as the Agent.  I'll refer to the Senior
5    Lenders as Senior Lenders or the Banks.
6         If at any time you don't understand to whom or
7    what I am referring, please say so at once so that I can
8    make myself clear.
9         Have you ever been deposed before?
10 A.  Yes, I have.
11 Q.  And you were a practicing lawyer -- are a practicing
12   lawyer, correct, and have been for some years?
13 A.  Yes, I have.
14 Q.  Have you taken depositions yourself?
15 A.  I have not.
16 Q.  So I'm going to explain the basic process so we have a
17   common understanding.  Please don't be insulted if I
18   tell you something you already know.  You've just been
19   put under oath.  Your testimony today will have the same
20   weight and solemnity as if given in a court of law.
21        We need to make a clear record.  The court
22   reporter is here to take down everything we say.
23   Shakes, nods of the head and other expressions do not
24   make a clear record.  So please answer every question