AO 88A (Rev. 01/09) Subpoena to Testify at a Deposition or to Produce Documents in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JPMorgan Chase Bank, N.A. <br> *Plaintiff* <br> v. <br> Larry J. Winget & L.J. Winget Living Trust <br> *Defendant* | ) <br> ) Civil Action No. 2:08-cv-13845 <br> ) <br> ) (If the action is pending in another district, state where: <br> ) Eastern District of Michigan |

## SUBPOENA TO TESTIFY AT A DEPOSITION
## OR TO PRODUCE DOCUMENTS IN A CIVIL ACTION

To:  Fred S. Hodara, Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park, New York, NY 10036 | Date and Time: <br> Thursday, November 18, 2010 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method:  Video Deposition

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  11/03/2010

*Tracey Cordes, CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Larry J. Winget and L.J. Winget Living Trust , who issues or requests this subpoena, are:

John E. Anding (P30356) / Thomas V. Hubbard (P60575)
Drew, Cooper & Anding, P.C.    janding@dcadvocate.com / thubbard@dcadvocate.com
80 Ottawa Ave., N.W., Suite 200, Grand Rapids, MI 49503  (616) 454-8300

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:08-cv-13845

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Fred S. Hodara, Akin Gump Strauss Hauer & Feld LLP
was received by me on *(date)*   11/04/2010   .

☑ I served the subpoena by delivering a copy to the named individual as follows:  Fred S. Hodara
at Oney Bryant Park, New York, New York
@ 12:44 p.m.                                                              on *(date)*   11/04/2010   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   40.00   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/05/2010

*Server's signature*

OTIS OSBORNE #870139 PROCESS SERVER
*Printed name and title*
METRO ATTORNEY SERVICE INC.
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
212-822-1421
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JPMORGAN CHASE BANK, N.A.,

    Plaintiff/
    Counter-Defendant,

Case No. 2:08-cv-13845

v

Hon. Avern Cohn
Magistrate Judge: Michael J. Hluchaniuk

LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

    Defendants/
    Counter-Plaintiffs.

---

William T. Burgess (P36922)
DICKINSON WRIGHT PLLC
Attorneys for Plaintiff/Counter-Defendant
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Ph:   (313) 223-3500
wburgess@dickinson-wright.com

Melville W. Washburn (IL ARDC 6195497)
SIDLEY AUSTIN LLP
Attorneys for Plaintiff/Counter-Defendant
One South Dearborn Street
Chicago, IL 60603
Ph:   (312) 853-7000
D/L:  (312) 853-2070
mwashburn@sidley.com

John E. Anding (P30356)
Thomas V. Hubbard (P60575)
DREW, COOPER & ANDING, P.C.
Attorneys for Defendants/
Counter-Plaintiffs
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:   (616) 454-8300
janding@dcadvocate.com
thubbard@dcadvocate.com

---

**NOTICE OF TAKING VIDEO DEPOSITION OF**
**FRED S. HODARA**

PLEASE TAKE NOTICE that the video deposition of **Fred S. Hodara** will be taken on **Thursday, November 18, 2010, commencing at 10:00 a.m., at the offices of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036,** before a Notary Public, videographer, court reporter or other such officer authorized to take depositions.

You are invited to attend said deposition.

Dated:  November 3, 2010

John E. Anding (P30356)
Thomas V. Hubbard (P60575)
DREW, COOPER & ANDING, P.C.
Attorneys for Defendants/
Counter-Plaintiffs
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:     (616) 454-8300
janding@dcadvocate.com
thubbard@dcadvocate.com

I:\JEATeam\2652-06\NODs\Hodara NOD (120-135)