UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JPMORGAN CHASE BANK, N.A.,

       Plaintiff/
       Counter-Defendant,                Case No. 2:08-cv-13845

v                                    Hon. Avern Cohn
                                    Magistrate Judge:  Michael J. Hluchaniuk

LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

       Defendants/
       Counter-Plaintiffs.

---

## STIPULATED ORDER REGARDING REMOVAL OF DOCUMENTS FROM PLAINTIFF'S PRIVILEGE LOG

The parties in the above-captioned case, by and through their counsel of record, hereby stipulate to the following:

1.     The parties recently reached agreement on removal of certain documents from Plaintiff's Privilege Log, which are identified on the document attached as Ex. 1.

2.     All of the documents being removed from Plaintiff's Privilege Log and produced come from the files of Dickinson Wright.

3.     In order to permit sufficient time to review and analyze these documents, the parties have agreed to an extension of the discovery period through December 20, 2010 for the purpose of scheduling and taking the following depositions:  William P. Shield, Jr., Dawn Faxon-Singer, William T. Burgess and Roy L. Gallagher.

4.      Defendants have agreed that they will not use the production of the above-referenced documents as a basis for arguing waiver of privilege as to other documents or communications.

5.      Defendants reserve the right to adjourn, continue and/or re-notice Mr. Gallagher's deposition in the event the Court's ruling on Defendants' pending Motion to Compel results in production of documents generated by Ernst & Young, which are the subject of that Motion.


        SO ORDERED.


Dated:  November 17, 2010                    s/Avern Cohn
                                             U.S. District Judge



Dated:  November 17, 2010                    /s/ Thomas V. Hubbard
                                             John E. Anding (P30356)
                                             Thomas V. Hubbard (P60575)
                                             DREW, COOPER & ANDING, P.C.
                                             Attorneys for Defendants/
                                             Counter-Plaintiffs
                                             Aldrich Place, Suite 200
                                             80 Ottawa Avenue, N.W.
                                             Grand Rapids, MI 49503
                                             Ph:     (616) 454-8300
                                             janding@dcadvocate.com
                                             thubbard@dcadvocate.com



Dated:  November 17, 2010                    /s/ Melville W. Washburn
                                             Melville W. Washburn (IL ARDC 6195497)
                                             Kevin C. Pecoraro
                                             SIDLEY AUSTIN LLP
                                             Attorneys for Plaintiff
                                             One South Dearborn Street
                                             Chicago, IL 60603
                                             Ph:     (312) 853-7000


I:\JEATeam\2652-06\PLEADINGS\Stip of Parties (120-135)

**<u>EXHIBIT 1</u>**

**Plaintiff's Privilege Log**