# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JP MORGAN CHASE BANK, NA,

        Plaintiff(s),          Case Number: 08-13845

v.          Honorable Avern Cohn

LARRY J. WINGET, et al,          Magistrate Judge Michael Hluchaniuk

        Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michael Hluchaniuk for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Plaintiff's Motion to Compel, filed November 29, 2010

DATED: December 1, 2010          s/Avern Cohn
         Avern Cohn
         United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Magistrate Michael J. Hluchaniuk and the attorneys of record on the above date by electronic and/or ordinary mail.

         s/ Julie Owens
         Case Manager, (313) 234-5160