MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JPMORGAN CHASE BANK , NA,

        Plaintiff(s),         Case Number: 08-13845

v.         Honorable Avern Cohn

LARRY WINGET, et al,         Magistrate Judge Michael Hluchaniuk

        Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michael Hluchaniuk for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Motion to Compel Discovery (D/E 133), filed 12/01/2010

DATED: December 15, 2010         S/Avern Cohn
        Avern Cohn
        United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Magistrate Judge Michael J. Hluchaniuk and the attorneys of record on the above date by electronic and/or ordinary mail.

        s/ Julie Owens
        Case Manager, (313) 234-5160