UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, N.A.,

 Plaintiff/
 Counter-Defendant,      Case No. 2:08-cv-13845

v             Hon. Avern Cohn
             Magistrate Judge:  Michael J. Hluchaniuk
LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

 Defendants/
 Counter-Plaintiffs.

| | |
|---|---|
| William T. Burgess (P36922) | John E. Anding (P30356) |
| DICKINSON WRIGHT PLLC | Thomas V. Hubbard (P60575) |
| Attorneys for Plaintiff/Counter-Defendant | DREW, COOPER & ANDING, P.C. |
| 500 Woodward Avenue, Suite 4000 | Attorneys for Defendants/ |
| Detroit, MI 48226 | Counter-Plaintiffs |
| Ph: (313) 223-3500 | Aldrich Place, Suite 200 |
| wburgess@dickinson-wright.com | 80 Ottawa Avenue, N.W. |
| | Grand Rapids, MI 49503 |
| Melville W. Washburn (IL ARDC 6195497) | Ph: (616) 454-8300 |
| Kevin C. Pecoraro | janding@dcadvocate.com |
| SIDLEY AUSTIN LLP | thubbard@dcadvocate.com |
| Attorneys for Plaintiff/Counter-Defendant | |
| One South Dearborn Street | |
| Chicago, IL 60603 | |
| Ph: (312) 853-7000 | |
| D/L: (312) 853-2070 | |
| mwashburn@sidley.com | |
| kpecoraro@sidley.com | |

**STIPULATED ORDER
REGARDING REMOVAL OF DOCUMENTS FROM
PLAINTIFF/COUNTER-DEFENDANT'S PRIVILEGE LOG**

  The parties in the above-captioned case, by and through their counsel of record, hereby stipulate to the following:

1. The parties recently reached agreement on removal of certain documents from Plaintiff/Counter-Defendant's Privilege Log, which are identified on the document attached as Ex. 1.

2. Defendants/Counter-Plaintiffs have agreed that they will not use the production of the above-referenced documents as a basis for arguing waiver of privilege as to other documents or communications.

3. Except as expressed in Paragraph 2 above, this stipulation is not intended to and does not in any manner limit Defendants/Counter-Plaintiffs' right to challenge Plaintiff/Counter-Defendant's designation of other documents as privileged (either on the basis of attorney-client privilege or "work product").

IT IS SO ORDERED.


Dated:  December 20, 2010                s/Avern Cohn
                                         Hon. Avern Cohn


Dated:  December 20, 2010                Dated:  December 20, 2010

/s/ Thomas V. Hubbard                    s/ Melville W. Washburn
John E. Anding (P30356)                  Melville W. Washburn (IL ARDC 6195497)
Thomas V. Hubbard (P60575)               Kevin C. Pecoraro
DREW, COOPER & ANDING, P.C.              SIDLEY AUSTIN LLP
Attorneys for Defendants/Counter-Plaintiffs   Attorneys for Plaintiff/Counter-Defendant
Aldrich Place, Suite 200                 One South Dearborn Street
80 Ottawa Avenue, N.W.                   Chicago, IL 60603
Grand Rapids, MI 49503                   Ph:     (312) 853-7000
Ph:     (616) 454-8300
janding@dcadvocate.com
thubbard@dcadvocate.com


I:\JEATeam\2652-06\PLEADINGS\Stip of Parties (12 17) (136)

# **EXHIBIT 1**

**List of Documents Being Removed from Plaintiff/Counter-Defendant's Privilege Log**