**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | No. 08-cv-13845-AC-MJH |
| ) | |
| v. ) | Hon. Avern Cohn |
| ) | |
| LARRY J. WINGET and the ) | Magistrate Judge Michael J. Hluchaniuk |
| LARRY J. WINGET LIVING TRUST, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| A | Excerpts from Timothy Bradley's Deposition |
| B | Agent's Fourth Set of Requests for Production of Documents |
| C | Defendants' Responses to Agent's Fourth Set of Requests for Production of Documents |
| D | September 10, 2010, Letter from Kevin Pecoraro |
| E | September 17, 2010, letter from Thomas Hubbard |
| F | AGT-EYCF (109 thru 114) |
| G | Schedules to Contribution Agreement Listing "Winget Entities" |
| H | Stock Certificate No. 1 to the Trust, dated December 13, 1990 |

| | |
|---|---|
| I | Assignment of Vimco Corporation Stock Interest Separate from Certificate, dated October 20, 2003 |
| J | Resolution and Consent for Golf Course Services, LLC dated February 21, 2002 |
| K | First Amended Complaint, dated June 26, 2009 |
| L | Discovery Stipulation |
| M | Defendants' Seventh Set of Requests for Production of Documents |
| N | Transcript of Status Conference held August 5, 2009 |
| O | Defendants' Notice of Filing Documents Under Seal Per Court Order |
| p | Excerpts from Linda Thompson's Deposition |
| Q | Excerpts from Ralph McKee's Deposition |
| R | Emails from W. Shield requesting ownership structure of entities involved in the Eighth Amendment |