# Exhibit R

## Emails from W. Shield requesting ownership structure of entities involved in the Eighth Amendment

| | |
|---|---|
| **From:** | William P. Shield Jr |
| **Sent:** | Sunday, October 20, 2002 11:14 PM |
| **To:** | jbutler@ventureindustries.com; dpeash@ventureindustries.com; dpierce@dykema.com; rmckee@allardfishpc.com; DMacKenzie@c-m-d.com; tbradley@lbpclaw.com |
| **Cc:** | wburgess@dickinson-wright.com; linda_m_thompson@bankone.com; joe_russell@bankone.com; clucas@hcmlp.com; Lisa.Neimark@eycf.com; dan.filler@eycf.com; ehowbert@dickinson-wright.com; lmtfc@aol.com; dsinger@dickinson-wright.com |
| **Subject:** | Larry Winget Pledge |

As requested earlier, please provide the exact ownership structure of each of the affiliate guarantors so we can finalize the pledge and the appropriate pledgors.


William P. Shield
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Phone:  313-223-3602
Fax       313-223-3598
wshield@dickinson-wright.com
----- Forwarded by William P. Shield Jr/Detroit/Dickinson-Wright on 10/20/2002 11:10 PM -----

William P. Shield Jr
10/14/2002 11:10 AM

To: jbutler@ventureindustries.com, dpeash@ventureindustries.com, dpierce@dykema.com, rmckee@allardfishpc.com, DMacKenzie@c-m-d.com
cc: William T. Burgess/Detroit/Dickinson-Wright@Dickinson-Wright, linda_m_thompson@bankone.com, joe_russell@bankone.com, clucas@hcmlp.com, Lisa.Neimark@eycf.com, dan.filler@eycf.com, ehowbert@dickinson-wright.com, lmtfc@aol.com, Dawn Faxon Singer/Detroit/Dickinson-Wright@Dickinson-Wright
Subject: Larry Winget Pledge

Please provide the exact ownership structure of each of the affiliate guarantors so we can finalize the pledge and the appropriate pledgors.



William P. Shield
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226-3425
Phone:  313-223-3602
Fax       313-223-3598
wshield@dickinson-wright.com

AGT-JPMC-0019175

AGT-JPMC-0019175