MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JPMORGAN CHASE BANK, NA,

        Plaintiff(s),                      Case Number:  08-13845

v.                                              Honorable Avern Cohn

LARRY J. WINGET, et al,              Magistrate Judge Michael Hluchaniuk

        Defendant(s),

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michael Hluchaniuk for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Motion for Reconsideration D/E 149, filed December 27, 2010

DATED: January 5, 2011                S/Avern Cohn
                                                  Avern Cohn
                                                  United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Magistrate Judge Michael J. Hluchaniuk and the attorneys of record on the above date by electronic and/or ordinary mail.

                                                              s/ Julie Owens
                                                               Case Manager, (313) 234-5160