UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, N.A.,                 Case No. 08-13845

             Plaintiff,                     Avern Cohn
                                            United States District Judge
vs.

                                            Michael Hluchaniuk
LARRY J. WINGET, *et al.*,                  United States Magistrate Judge

             Defendants.

_____/

## STIPULATION OF THE PARTIES

In an effort to:  1) resolve without judicial intervention, issues related to Plaintiff/Counter-Defendant's assertion of privilege over documents authored or received by Black Diamond or its counsel Skadden Arps and 2) accommodate scheduling conflicts with currently noticed deposition dates, the parties hereby stipulate to the taking of the following depositions not later than February 15, 2011:

    1.  Kim Costello

    2.  T. Andrew Eckstein

    3.  William Burgess

    4.  Roy Gallagher

1

5.  William Shield

The parties acknowledge that this stipulation does not constitute and will not be construed as implying, directly or indirectly, an intent to waive any privilege presently being asserted in this case by any party.  Nor does it waive any rights of either party to seek further relief from the Court under Fed. R. Civ. P. 26 or 16.

Dated:  January 6, 2011           s/John E. Andling_____
                                  John E. Anding (P30356)
                                  Thomas V. Hubbard (P60575)
                                  DREW, COOPER & ANDING, P.C.
                                  Attorneys for Defendants/
                                  Counter-Plaintiffs
                                  Aldrich Place, Suite 200
                                  80 Ottawa Avenue, N.W.
                                  Grand Rapids, MI 49503
                                  Ph:    (616) 454-8300
                                  janding@dcadvocate.com
                                  thubbard@dcadvocate.com


Dated:  January 6, 2011           s/ Melville W. Washburn_____
                                  Melville W. Washburn (IL ARDC 6195497)
                                  Kevin C. Pecoraro
                                  SIDLEY AUSTIN LLP
                                  Attorneys for Plaintiff
                                  One South Dearborn Street
                                  Chicago, IL 60603
                                  Ph:    (312) 853-7000

## ORDER

Pursuant to the stipulation of the parties;

**IT IS SO ORDERED.**

                                           s/Michael Hluchaniuk
Date:  January 6, 2011                     Michael Hluchaniuk
                                           United States Magistrate Judge


## CERTIFICATE OF SERVICE

I certify that on January 6, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Melville W. Washburn, William T. Burgess, John E. Anding, and Thomas V, Hubbard.

                                           s/Tammy Hallwood
                                           Case Manager
                                           (810) 341-7887
                                           tammy_hallwood@mied.uscourts.gov