UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 08-13845 |
| Plaintiff, | Avern Cohn<br>United States District Judge |
| vs. | |
| LARRY J. WINGET, *et al.*, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendants._____/ | |

## STIPULATION OF THE PARTIES

In an effort to: 1) resolve without judicial intervention, issues related to Plaintiff/Counter-Defendant's assertion of privilege over documents authored or received by Black Diamond or its counsel Skadden Arps; 2) accommodate scheduling conflicts with currently noticed deposition dates; and 3) reset for continuation the deposition of Richard F. Babcock, the parties hereby stipulate to the taking of the following depositions not later than February 28, 2011:

1. Kim Costello

2. T. Andrew Eckstein

3. William T. Burgess (Length: 2 days)

4. Roy J. Gallagher

1

    5.    Richard F. Babcock (Length:  2 hours)

The parties acknowledge that this stipulation does not constitute and will not be construed as implying, directly or indirectly, an intent to waive any privilege presently being asserted in this case by any party.  Nor does it waive any rights of either party to seek further relief from the Court under Fed. R. Civ. P. 26 or 16.

Dated: February 1, 2011

s/John E. Andling
John E. Anding (P30356)
Thomas V. Hubbard (P60575)
DREW, COOPER & ANDING, P.C.
Attorneys for Defendants/
Counter-Plaintiffs
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:    (616) 454-8300
janding@dcadvocate.com
thubbard@dcadvocate.com

Dated: February 1, 2011

s/ Melville W. Washburn
Melville W. Washburn (IL ARDC 6195497)
Kevin C. Pecoraro
SIDLEY AUSTIN LLP
Attorneys for Plaintiff
One South Dearborn Street
Chicago, IL 60603
Ph:    (312) 853-7000

## **ORDER**

Pursuant to the stipulation of the parties;

**IT IS SO ORDERED.**

|  |  |
|---|---|
|  | s/Michael Hluchaniuk |
| Date: February 7, 2011 | Michael Hluchaniuk |
|  | United States Magistrate Judge |

## **CERTIFICATE OF SERVICE**

I certify that on February 7, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: Melville W. Washburn, William T. Burgess, John E. Anding, and Thomas V, Hubbard.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov