UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 08-13845 |
| Plaintiff, | Avern Cohn<br>United States District Judge |
| vs. | |
| LARRY J. WINGET, *et al.*, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendants._____/ | |

### ORDER REGARDING DEFENDANTS/COUNTER-PLAINTIFFS' MOTION TO COMPEL (Dkt. 133) PURSUANT TO STIPULATION

Defendants/Counter-Plaintiffs' (hereinafter "Defendants") Motion to Compel the Production by Plaintiff of its entire credit file, including tabular organizers, and those documents used by Plaintiff to refresh the recollection of Linda Thompson prior to her deposition having been filed; and the parties thereafter having stipulated to the relief requested therein;

IT IS HEREBY ORDERED that Plaintiff will:

1) Produce to Defendants its entire credit file related to Venture Holding Company, LLC and its related affiliates, including all tabular organizers;

1

2) Produce to Defendants the documents used to refresh the recollection of Linda Thompson; and

3) Produce the above documents by February 16, 2011.

**IT IS SO ORDERED.**

|  |  |
|---|---|
|  | s/Michael Hluchaniuk |
| Date:  February 8, 2011 | Michael Hluchaniuk |
|  | United States Magistrate Judge |

Stipulated to by:

Dated:  February 7, 2011                s/ John E. Anding
                                                       John E. Anding (P30356)
Thomas V. Hubbard (P60575)
DREW, COOPER & ANDING, P.C.
Attorneys for Defendants/
Counter-Plaintiffs
Aldrich Place, Suite 200
80 Ottawa Avenue, N.W.
Grand Rapids, MI 49503
Ph:    (616) 454-8300
janding@dcadvocate.com
thubbard@dcadvocate.com

Dated:  February 7, 2011                s/ Melville W. Washburn
Melville W. Washburn (IL ARDC 6195497)
Kevin C. Pecoraro
SIDLEY AUSTIN LLP
Attorneys for Plaintiff
One South Dearborn Street
Chicago, IL 60603
Ph:    (312) 853-7000
mwashburn@sidley.com
kpecoraro@sidley.com

3

## **CERTIFICATE OF SERVICE**

      I certify that on February 8, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: <u>Melville W. Washburn, William T. Burgess, John E. Anding, and Thomas V, Hubbard</u>.

                                                <u>s/Tammy Hallwood</u>
                                                Case Manager
                                                (810) 341-7887
                                                tammy_hallwood@mied.uscourts.gov