UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | Case No. 08-13845 |
| Plaintiff, | Avern Cohn<br>United States District Judge |
| vs. | |
| LARRY J. WINGET, *et al.*, | Michael Hluchaniuk<br>United States Magistrate Judge |
| Defendants._____/ | |

### ORDER REGARDING DEFENDANTS/COUNTER-PLAINTIFFS' MOTION TO COMPEL (Dkt. 137) PURSUANT TO STIPULATION

Defendants/Counter-Plaintiffs' (hereinafter "Defendants") Motion to Compel the deposition of Judy A. O'Neill having been filed and the parties having stipulated thereafter to the relief requested;

IT IS HEREBY ORDERED that Defendants may conduct the deposition of Judy A. O'Neill at a date and time mutually agreed upon by the parties.

**IT IS SO ORDERED.**

Date: February 8, 2011

s/Michael Hluchaniuk
Michael Hluchaniuk
United States Magistrate Judge

1

Stipulated to by:

Dated:  February 7, 2011          s/John E. Anding
                                                      John E. Anding (P30356)
                                                      Thomas V. Hubbard (P60575)
                                                      DREW, COOPER & ANDING, P.C.
                                                      Attorneys for Defendants/
                                                      Counter-Plaintiffs
                                                      Aldrich Place, Suite 200
                                                      80 Ottawa Avenue, N.W.
                                                      Grand Rapids, MI 49503
                                                      Ph:    (616) 454-8300
                                                      janding@dcadvocate.com
                                                      thubbard@dcadvocate.com


Dated:  February 7, 2011          s/Melville W. Washburn
                                                      Melville W. Washburn (IL ARDC 6195497)
                                                      Kevin C. Pecoraro
                                                      SIDLEY AUSTIN LLP
                                                      Attorneys for Plaintiff
                                                      One South Dearborn Street
                                                      Chicago, IL 60603
                                                      Ph:    (312) 853-7000
                                                      mwashburn@sidley.com
                                                      kpecoraro@sidley.com


## **CERTIFICATE OF SERVICE**

     I certify that on February 8, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send electronic notification to the following: <u>Melville W. Washburn, William T. Burgess, John E. Anding, and Thomas V, Hubbard</u>.

                                                      s/Tammy Hallwood
                                                      Case Manager
                                                      (810) 341-7887
                                                      tammy_hallwood@mied.uscourts.gov