UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JPMorgan Chase Bank, N.A.,

                Plaintiff(s),

v.                                        Case No. 2:08−cv−13845−AC−MJH
                                          Hon. Avern Cohn

Larry J Winget, et al.,

                Defendant(s).

## NOTICE TO APPEAR

You are hereby notified to appear before the Honorable Avern Cohn, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 1, 2011 at 02:00 PM

## Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                    By: s/ J. Owens
                                            Case Manager

Dated:   February 15, 2011