MIE 310 Order of Reference to a Magistrate Judge Rev. 3/98

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JPMORGAN CHASE BANK, NA,

          Plaintiff(s),            Case Number: 08-13845

v.            Honorable Avern Cohn

LARRY J. WINGET, et al,            Magistrate Judge Michael Hluchaniuk

          Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michael Hluchaniuk for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Motion to Compel Contemporaneous Notes and Billing Records of Dawn-Faxon Singer, filed February 18, 2011

DATED: February 18, 2011            s/Avern Cohn
                                                 Avern Cohn
                                                 United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon Magistrate Judge Michael Hluchaniuk and the attorneys of record on the above date by electronic and/or ordinary mail.

                                                 s/ Julie Owens
                                                 Case Manager, (313) 234-5160