UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, NA.,

    Plaintiff/Counter-Defendant,

                                             Case No. 08-13845

-vs-                                        HON. AVERN COHN

LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

    Defendants/Counter-Plaintiffs.

_____/

## ORDER REGARDING PENDING DISCOVERY MATTERS[1]

The parties filed discovery motions. Docs. 102 and 104. The motions were referred to a magistrate judge. On December 10, 2011, the magistrate judge entered an "Order on Plaintiff's Motion to Compel (Doc. 102) and Defendants' Motion to Compel (Doc. 104)," essentially granting in part and denying in part the motions. Doc. 139. Defendants moved for reconsideration. Doc. 149. The magistrate judge denied the motion. Doc. 158. Defendants then filed objections. Doc. 162. In addition, on February 28, 2011, defendants filed a "Motion to Compel Discovery Regarding Credit Approval Summaries." Doc. 173.

On March 1, 2011, the Court held a status conference with the parties regarding the defendants' objections and the motion to compel credit approval summaries. At the conference, the Court indicated a disposition to reverse the magistrate judge's order

---

[1]On February 17, 2011, defendants filed a "Motion to Compel Contemporaneous Notes and 'Billing Records' of Dawn Faxon Singer." Doc. 169. That motion was referred to the magistrate judge, Doc. 170, who set a briefing schedule and hearing date, Doc. 172. This order does not cover that motion, which remains pending before the magistrate judge.

and grant defendants' motion regarding the credit approval summaries. The parties advised the Court that defendants' differences regarding all these discovery requests could be resolved without further involvement by the Court.

Accordingly, defendants' objections, Doc. 162, and motion to compel, Doc. 173, are MOOT.

Any objections to this order shall be filed with the Court within five (5) days.

SO ORDERED.

       S/Avern Cohn
       AVERN COHN
       UNITED STATES DISTRICT JUDGE

Dated: March 8, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 8, 2011, by electronic and/or ordinary mail.

       S/Julie Owens
       Case Manager, (313) 234-5160