UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, N.A.,

    Plaintiff/Counter-Defendant,

v.                                                Case No. 08-13845
                                                Hon: AVERN COHN

LARRY WINGET and the LARRY WINGET
LIVING TRUST,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER DENYING PLAINTIFF'S
## MOTION FOR SUMMARY JUDGMENT

For the reasons stated on the record on December 07, 2011, Plaintiff, JP Morgan Chase Bank, NA's Motion For Summary Judgment On Count I And On Defendants' Counterclaim (Doc. 191) is DENIED.  The reasons will be enlarged upon in a decision forthcoming.

Pending is Defendants'/Counter-Plaintiffs' Motion For Summary Judgment Pursuant To Fed.R.Civ.P. 56 (Doc. 186).  Given that it appears issues of credibility are implicated in Defendants'/Counter-Plaintiffs' Statement Of Material Facts (Doc. 190), setting the case on a course to trial may be preferable to dealing with the motion. Defendants'/Counter-Plaintiffs' shall advise the Court by close of business on December 14, 2011, of their preference.

    SO ORDERED.


Dated:  December 8, 2011          s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 8, 2011, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160