UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, NA

    Plaintiff,

v.                                                                                            Case No. 08-13845

LARRY WINGET and the LARRY WINGET                      HON. AVERN COHN
LIVING TRUST,

    Defendants.

_____/

## ORDER VACATING STAY

The stay of proceedings on Counts II and III (Doc. 19) of the Complaint (Doc. 1) is VACATED.

    SO ORDERED.

                                                S/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

Dated: December 13, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 13, 2011, by electronic and/or ordinary mail.

                                                S/Julie Owens
                                                Case Manager, (313) 234-5160