UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, NA.,

    Plaintiff,

                                                          Case No. 08-13845

-vs-                                               HON. AVERN COHN

LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

    Defendants.

_____/

## **MODIFICATION TO PRETRIAL ORDER DATED DECEMBER 19, 2011 (Doc. 217)**

The Pretrial Order dated December 19, 2011 (Doc. 217) is MODIFIED as follows:

1.    Plaintiff shall make available by January 9, 2012, for inspection and copying by defendants, the full Credit File relating to the Venture loan which is the subject matter of this case.

2.    The witnesses to be reexamined by defendants shall be designated by defendants by January 16, 2012, or alternatively defendants may utilize Fed. R. Civ. P. 30(b)(6) to specify the subject matter it desires to explore.

3.    Defendants need not share with plaintiff prior to the depositions the documents to be explored.  Should such failure unduly complicate the depositions, plaintiff shall so advise the Court.

4.    Nothing in the Pretrial Order prohibits defendants from filing such dispositive motions which they deem appropriate.  Defendants are cautioned that this far in the case, dispositive motions have generally hindered the progress of the case

rather than moving it forward.

    SO ORDERED.

                      S/Avern Cohn  
                      AVERN COHN  
                      UNITED STATES DISTRICT JUDGE

Dated:  January 3, 2012

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 3, 2012, by electronic and/or ordinary mail.

                      S/Julie Owens  
                      Case Manager, (313) 234-5160