UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JPMORGAN CHASE BANK, N.A.,

       Plaintiff(s),             CASE NO. 08-13845

v.

                                        HONORABLE AVERN COHN

LARRY J. WINGET, et al,

       Defendant(s).
_____/

**AMENDMENT TO PRETRIAL ORDER**

The Pretrial Order entered December 19, 2011 (Doc. 217), modified on January 03, 2012 (Doc. 220) and amended on March 15, 2012 (Doc. 246) is further amended as follows:

1. Trial shall commence in the month of June 2012 at a date set by the Court after consultation with the parties.

2. Trial hours are 9:00 a.m. to 1:00 p.m.

3. Each side shall have 20 hours of trial time which includes direct and cross.

4. Each side is limited to not more than one hour for an opening statement.

SO ORDERED.

Dated: April 2, 2012                  S/Avern Cohn
                                            AVERN COHN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 2, 2012, by electronic and/or ordinary mail.

                                                        S/Julie Owens
                                                        Case Manager, (313) 234-5160