UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, N.A.,

    Plaintiff/Counter-Defendant,

v.                                                                                                  Case No. 08-13845

LARRY WINGET and the LARRY WINGET                           HON. AVERN COHN
LIVING TRUST,

    Defendants/Counter-Plaintiffs.

_____/

**ORDER DENYING PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT DANIEL W. TERPSMA (Doc. 254)**

    This is a commercial finance dispute. JPMorgan Chase Bank, N.A. (Agent) is the Administrative Agent for a group of lenders that extended credit to Venture Holdings Company, LLC (Venture) under a Credit Agreement. The Agent is suing Larry Winget and the Larry Winget Living Trust to enforce a Guaranty and two Pledge Agreements which guaranteed and secured the obligations of Venture, a company owned and controlled by Winget and/or the Winget Trust.

    Before the Court is the Agent's *Daubert* motion to exclude the testimony of defendants' expert, Daniel W. Terpsma. For the reasons stated on the record at the hearing on May 21, 2012, the motion is DENIED.

    SO ORDERED.

Dated: May 22, 2012                                             s/Avern Cohn
                                                                    AVERN COHN
                                                                      UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was sent to parties of record on May 22, 2012, electronically and/or by U.S. mail.

s/Michael Williams<br>
Relief Case Manager to the Honorable Paul J. Komives