UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, N.A.,

    Plaintiff/Counter-Defendant,

v.                                                     Case No. 08-13845

LARRY WINGET and the LARRY WINGET        HON. AVERN COHN
LIVING TRUST,

    Defendants/Counter-Plaintiffs.

_____/

## ORDER DENYING DEFENDANTS' MOTION TO AMEND THEIR AFFIRMATIVE DEFENSES (Doc. 244)

        This is a commercial finance dispute. JPMorgan Chase Bank, N.A. (Agent) is the Administrative Agent for a group of lenders that extended credit to Venture Holdings Company, LLC (Venture) under a Credit Agreement. The Agent is suing Larry Winget and the Larry Winget Living Trust to enforce a Guaranty and two Pledge Agreements which guaranteed and secured the obligations of Venture, a company owned and controlled by Winget and/or the Winget Trust.

        Before the Court is defendants' motion to amend their affirmative defense to include "failure to join a necessary party." For the reasons stated on the record at the hearing on May 21, 2012, the motion is DENIED.

        SO ORDERED.

Dated: May 22, 2012                                 s/Avern Cohn
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE

2

I hereby certify that a copy of the foregoing document was sent to parties of record on May 22, 2012 electronically and/or by U.S. mail.

                                        s/Michael Williams
                                        Relief Case Manager to the Honorable Avern Cohn