UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JPMORGAN CHASE BANK, NA,

        Plaintiff(s),          Case No. 08-13845

v.          Judge  Avern Cohn

LARRY WINGET, et al,          Magistrate Judge

        Defendant(s).
_____/

### NOTICE OF CORRECTION

Docket entry number __327__, filed __August 08, 2012__, has been modified.  The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Julie Owens__ at __(313) 234-5160__.

DAVID J. WEAVER, CLERK OF COURT

Dated: __August 8, 2012__          Julie Owens
         Deputy Clerk