UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, N.A.,

    Plaintiff/Counter-Defendant,

v.

LARRY WINGET and the LARRY J. WINGET
LIVING TRUST,

    Defendants/Counter-Plaintiffs.

_____/

Case No. 08-13845
HON. AVERN COHN

## JUDGMENT ON REFORMATION

For the reasons stated in the Decision on Reformation (Doc. 365) entered on October 17, 2012, judgment is entered in favor of defendants Larry Winget and The Larry J. Winget Living Trust on their Counterclaim as to Count 1 of the complaint. Section 3 of the Guaranty is reformed to read:

> " ...no action will be brought for the repayment of the Guaranty Obligations under this Guaranty and no judgment therefore no judgment will obtained or enforced against Larry Winget **and The Larry J. Winget Living Trust** other than with respect to the Pledged Stock..."

DAVID WEAVER

Dated: October 18, 2012    By: s/Julie Owens
                                     Deputy Clerk

**08-13845 JPMorgan Chase Bank, NA v. Winget, et al**
**Judgment on Reformation**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 18, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160