**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JPMORGAN CHASE BANK, N.A.,

    Plaintiff/Counter-Defendant,      Case No. 08-cv-13845

v.      Honorable Avern Cohn

LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

    Defendants/Counter-Plaintiffs.

## ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S WRIT OF EXECUTION ON CORPORATE STOCK AND RESTRAINT OF TRANSFER (ECF No. 863)

Before the Court is Chase's Motion for Writ of Execution on Corporate Stock. (ECF No. 863). For the reasons stated in the Memorandum and Order Adopting Report and Recommendation of Special Master entered this date, the motion is GRANTED.

A writ of execution shall issue against all interests held by the Larry J. Winget Living Trust and/or Larry J. Winget, as trustee of the Larry J. Winget Living Trust, in Golf Course Corporation 1, Golf Course Development Co., Oakland Land Company, PIM Management Company, Venture Sales & Engineering Corp., and VIMCO Corporation for payment of all amounts due to JPMorgan Chase Bank, N.A. under the final judgment.

03128332 v1

Larry J. Winget, as trustee of the Larry J. Winget Living Trust, deliver to the District Court all stock certificates titled in the name of the Trust or its trustee in Golf Course Corporation 1, Golf Course Development Co., Oakland Land Company, PIM Management Company, Venture Sales & Engineering Corp., and VIMCO Corporation within seven days of entry of this order.

Chase shall provide to the Larry J. Winget Living Trust a proposed form of judicial sale. The Larry J. Winget Living Trust shall submit written objections to this proposal to Chase no later than fourteen days following receipt of the proposal. After considering the reasonable objections of the Larry J. Winget Living Trust, Chase shall submit a proposed form of judicial sale to the Court. The Court shall then convene a status conference to discuss the proposed form of sale and further execution of this writ.

Larry J. Winget and the Larry J. Winget Living Trust, and anyone acting as their agents or on their behalf, are enjoined from selling, transferring, assigning, encumbering, destroying, concealing, or otherwise disposing of the assets owned, titled in the name of, or otherwise held by the Trust or its trustee outside of the ordinary course of business.[1] For avoidance of doubt, this Order allows Larry J. Winget and the Larry J. Winget Living Trust to take such actions as are reasonable

---

[1] For purposes of this order, the term "ordinary course of business" shall have the meaning ascribed to that term in 11 U.S.C. § 547(c)(2) and authority interpreting that provision.

and necessary to the ongoing and continued operations of their businesses.

SO ORDERED.


Dated: 9/11/2019                                     s/Avern Cohn
                                                     Hon. Avern Cohn
                                                     U.S. District Court Judge