# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JPMORGAN CHASE BANK, N.A.,

    Plaintiff/Counter-Defendant,    Case No. 08-cv-13845

v.    Honorable Avern Cohn

LARRY J. WINGET and the
LARRY J. WINGET LIVING TRUST,

    Defendants/Counter-Plaintiffs.

## ORDER DENYING JPMORGAN CHASE BANK, N.A.'S MOTION FOR A CONSTRUCTIVE TRUST (ECF No. 860)
## AND
## TERMINATING STAY OF PROCEEDINGS

Before the Court is Chase's Motion for a Constructive Trust (ECF No. 860). For the reasons stated in the Memorandum and Order Adopting Report and Recommendation of Special Master entered this date, the motion is DENIED WITHOUT PREJUDICE. Chase may renew its Motion for Constructive Trust as part of the fraudulent conveyance proceedings against Winget.

The stay of proceedings (ECF No. 855) is LIFTED as to Chase's fraudulent conveyance claims against Larry Winget.

    SO ORDERED.

Dated: 9/11/2019                      s/Avern Cohn
                                                  Hon. Avern Cohn
                                                  U.S. District Court Judge