UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTER DOMUS, LLC,

    Plaintiff/Counter-Defendant,           Case Number 08-13845
v.                                                                  Honorable David M. Lawson

LARRY J. WINGET and the LARRY J.
WINGET LIVING TRUST,

    Defendants/Counter-Plaintiffs.
_____/

## JUDGMENT

In accordance with the order and opinion entered on this date,

It is **ORDERED AND ADJUDGED** that defendant Larry J. Winget is in **CIVIL CONTEMPT** of the order of this Court.

It is further **ORDERED AND ADJUDGED** that Larry J. Winget may purge his contempt by immediately withdrawing his appeal of the Opinion and Order Regarding Trustee and Settlor's Amended Petition for Reformation, Construction, Instructions and Other Relief entered on April 17, 2023 in Oakland County, Michigan Probate Court Case Number 2022-409601-TV, or by expressly limiting the appeal to the issue of trust administration and disavowing any effort in the state courts to reverse or challenge in any way the contributions to the Trust.

                                                                s/David M. Lawson
                                                                DAVID M. LAWSON
                                                                United States District Judge

Dated: July 31, 2023