UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTER DOMUS, LLC,

        Plaintiff/Counter-Defendant,        Case Number 08-13845

v.        Honorable David M. Lawson

LARRY J. WINGET and the LARRY J.
WINGET LIVING TRUST,

        Defendants/Counter-Plaintiffs.

_____/

## ORDER DISCHARGING SPECIAL MASTER AND APPOINTING SUCCESSOR SPECIAL MASTER

On December 3, 2018, the Honorable Avern Cohn appointed attorney Earle I. Erman, Esquire, to serve as a Special Master under Federal Rule of Civil Procedure 53(c) and (d) to assist the Court in addressing post-judgment collection matters in this case. *See* ECF No. 890. Mr. Erman has served with distinction, and he has discharged his responsibilities on all pending matters. However, in its January 5, 2021 order adopting Mr. Erman's report, the Court ordered a judicial sale of certain assets to satisfy the outstanding judgment and contemplated that the Special Master would oversee the sales process. ECF No. 986, PageID.31896-97. Mr. Erman has informed the Court that he is retiring from the practice of law on April 17, 2024. Although no asset sale has taken place, a sale is contemplated after the parties have exhausted their rights in a pending appeal. Therefore, the Court will appoint a successor Special Master to serve in the event further assistance is needed.

Mr. Erman's law partner, Julie B. Teicher, Esquire, is well qualified to serve in that role. The parties may file objections to the order appointing the successor Special Master within fourteen days of entry of this order.

- 2 -

The successor Special Master's contact information is:

>Julie B. Teicher, Esquire
>Madden Hauser Roth & Heller P.C.
>28400 Northwestern Highway, Suite 200
>Southfield, Michigan 48034
>248-351-7059
>jteicher@maddinhauser.com

Accordingly, it is **ORDERED** that the appointment of Earle I. Erman, Esquire, as Special Master is **TERMINATED**, and he is **DISCHARGED** from any further responsibility to the Court and the parties in this case.

It is further **ORDERED** that Julie B. Teicher, Esquire is appointed successor Special Master under the same terms and conditions as outlined in the initial order of appointment (ECF No. 986).

It is further **ORDERED** that objections to this order, if any, must be filed **on or before April 11, 2024.**

>s/David M. Lawson
>DAVID M. LAWSON
>United States District Judge

Dated:   March 28, 2024