**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 21, 2025

Mr. John E. Anding
Drew, Cooper & Anding
80 Ottawa Avenue, N.W.
Suite 200
Grand Rapids, MI 49503

Mr. James Ducayet
Sidley Austin
1 S. Dearborn Street
Chicago, IL 60603

> Re: Case No. 25-1957/25-1958
> *JPMorgan Chase Bank, N.A., et al v. Larry Winget, et al*
> Originating Case No. 2:08-cv-13845

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Robin
Direct Dial No. 513-564-7014

cc: Ms. Kinikia D. Essix
Mr. Elliot Joseph Gruszka
Mr. Thomas V. Hubbard
Ms. Kendra Lee Stead
Ms. Jennifer Martin Wheeler

Enclosure

Nos. 25-1957/1958

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Nov 21, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| **25-1957** | ) |
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| ALTER DOMUS LLC, | ) |
| | ) |
|     Plaintiff - Appellee, | ) |
| v. | ) |
| | ) |
| LARRY J. WINGET, | ) |
| | ) |
|     Defendant - Appellant. | ) |

O R D E R

| | |
|---|---|
| **25-1958** | ) |
| JPMORGAN CHASE BANK, N.A., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| and | ) |
| | ) |
| ALTER DOMUS LLC, | ) |
| | ) |
|     Plaintiff - Appellee, | ) |
| | ) |
| v. | ) |
| | ) |
| LARRY J. WINGET; LARRY J. WINGET | ) |
| LIVING TRUST, | ) |
| | ) |
|     Defendants - Appellants. | ) |

In Case No. 25-1957, Larry J. Winget appeals two orders holding him in civil contempt of

court.  In Case No. 25-1958,  Winget and the Larry J. Winget Living Trust appeal the denial of

their motion to vacate the judgment and the granting of the appellee's motion to renew the judgment. Winget and the Winget Living Trust move to consolidate the cases for briefing and submission. The appellee responds and does not object.

Upon review and consideration, the motion to consolidate is GRANTED, and these appeals are hereby consolidated for purposes of briefing and submission. The clerk will issue a consolidated briefing schedule by separate letter.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk