UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTER DOMUS, LLC,

          Plaintiff/Counter-Defendant,          Case Number 08-13845

v.                                                Honorable David M. Lawson

LARRY J. WINGET and the LARRY J.
WINGET LIVING TRUST,

          Defendants/Counter-Plaintiffs,

_____/

## ORDER DENYING WITHOUT PREJUDICE MOTION TO SCHEDULE TRIAL ON DAMAGES

The Court heard oral argument on the plaintiff's motion to schedule a trial on the damages component of its fraudulent transfer claim (ECF No. 1252) on March 5, 2026. The Court announced from the bench its decision to deny the motion without prejudice pending the appeal of its order confirming the judicial sale of assets held by the Larry J. Winget Living Trust, observing that the disposition of the appeal might affect the plaintiff's calculation of damages.

Accordingly, it is **ORDERED** that the plaintiff's motion for trial to determine damages from the fraudulent transfer claim (ECF No. 1252) is **DENIED WITHOUT PREJUDICE** for the reasons stated on the record. The plaintiff may submit a renewed motion once the Sixth Circuit has resolved the appeal of the Court's sale confirmation order and a mandate has been issued.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:  March 6, 2026