UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTER DOMUS, LLC,

              Plaintiff/Counter-Defendant,              Case Number 08-13845
v.                                          Honorable David M. Lawson

LARRY J. WINGET and the LARRY J.
WINGET LIVING TRUST,

              Defendants/Counter-Plaintiffs,
_____/

## SECOND ORDER FOR PARTIES TO SUBMIT
## REVISED STATEMENT OF JUDGMENT AMOUNT

On March 6, 2026, the Court ordered the parties to "promptly meet and confer to confirm the amount presently owing on the 2015 amended final judgment (ECF No. 568), as subsequently amended in 2018 (ECF No. 823), and file a notice with the Court stating the agreed-upon amount." ECF No. 1262. To this date, the parties have not submitted the required notice.

Accordingly, it is **ORDERED** that the parties shall file a notice **on or before March 27, 2026** stating the amount that is presently owing on the 2015 amended final judgment (ECF No. 568), as subsequently amended in 2018 (ECF No. 823).

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:  March 24, 2026