UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTER DOMUS, LLC,

               Plaintiff/Counter-Defendant,         Case Number 08-13845

v.                                         Honorable David M. Lawson

LARRY J. WINGET and the LARRY J.
WINGET LIVING TRUST,

               Defendants/Counter-Plaintiffs,
_____/

## RENEWED JUDGMENT

The Court previously entered an amended final judgment (ECF No. 568) in 2015 and a second amended final judgment (ECF No. 823) in 2018 in favor of then-plaintiff JPMorgan Chase Bank, N.A. ("Chase"), and against defendants Larry J. Winget and the Larry J. Winget Living Trust. The period of limitations on a judgment is ten years. Mich. Comp. Laws § 600.5809(3). In an opinion and order entered on September 25, 2025, the Court granted the plaintiff's motion to ender a renewed judgment for the amount that remains unpaid, which included accrued interest. Although certain collection-related costs and attorney's fees owed by the defendants under the guaranty dated October 21, 2002 ("Guaranty") remain unliquidated, the Court will enter partial judgment as to the remaining liability because it has been fixed and determined and, therefore, there is no just reason for delay in entering judgment. *See* Fed. R. Civ. P. 54(b).

- 2 -

Accordingly, it is **ORDERED AND ADJUDGED** that Alter Domus shall recover of defendant Larry J. Winget Living Trust the sum of $757,447,424.95, plus any interest as may continue to accrue.  Fees and costs related to collection under the Guaranty for which defendants Larry J. Winget and the Larry J. Winget Living Trust are liable shall be fixed at a later date.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   April 6, 2026

- 2 -