Case No. 25-1957/25-1958

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

### ORDER

JPMORGAN CHASE BANK, N.A.

     Plaintiff

ALTER DOMUS LLC

     Plaintiff - Appellee

v.

LARRY J. WINGET

     Defendant - Appellant

LARRY J. WINGET LIVING TRUST

     Defendant


Upon consideration of the appellants' motion to file a supplemental brief,

The motion is hereby **GRANTED**.


          **ENTERED BY ORDER OF THE COURT**
          Kelly L. Stephens, Clerk

Issued: May 04, 2026